Matthew Snyder
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: (614) 542-9929

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOISES SERRANO individually, and on behalf of all others similarly situated,<br><br>PLAINTIFF(S),<br>v.<br>OPEN ROAD DELIVERY HOLDINGS, INC., D/B/A AMUSE, ET AL.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22-cv-07245-SB-AS<br><br>**STUDENT APPLICATION TO APPEAR UNDER THE STUDENT PRACTICE RULE (LOCAL CIVIL RULE 83-4)** |

I, Matthew Snyder, hereby apply to the Court for permission to appear
*(Name of Student)*
under the supervision of Adrian R. Bacon
*(Name of Supervising Attorney)*
on behalf of Moises Serrano in the above entitled case.
*(Name of Client)*

I declare under penalty of perjury that I am eligible to participate under the Student Practice Rule of the United States District Court, Central District Of California. Attached are all documents supporting my eligibility as required by this Rule.

I understand that I am bound by the provisions of the Student Practice Rule and that the Judge may deny permission for me to appear at any time.

3/10/2023
*Date*

Matthew Snyder
*Student's Signature*

**NOTE: Form G-101 Order on Student Application to Appear, MUST be submitted with this Application.**

## REQUEST AND DECLARATION TO UNDERTAKE SUPERVISION

I, Adrian R. Bacon, hereby request permission to supervise
(Name of Supervising Attorney)

Matthew Snyder to appear on behalf of Moises Serrano
(Name of Student) (Name of Client)

in the above entitled case.

I declare under penalty of perjury that I understand my responsibilities as supervising attorney and I will immediately inform the Court of any changes in the student's eligibility.

3/10/2023 — Adrian R. Bacon

*Date* — *Supervising Attorney's Signature*

## CLIENT CONSENT

I hereby consent to Matthew Snyder to appear on my behalf in the
(Name of Student)

above entitled case.

03/10/2023 — Moises Serrano

*Date* — *Client's Signature*

## CERTIFICATE OF THE DEAN OF THE LAW SCHOOL

I, Bayrex Marti, Dean of UCLA School of Law,
(Name of Dean of Law School) (Law School)

hereby certify to the Court that Matthew Snyder is currently enrolled in and
(Name of Student)

is in good standing with the law school, has completed one-half of the legal studies required for graduation and has completed the course work required to participate under the Student Practice Rule of the United States District Court, Central District of California.

I further certify that I know of no reason that would render this student ineligible under the Student Practice Rule.

I understand that this certification will remain in effect until the student graduates or until withdrawn. In the event this certification is withdrawn by me, I will immediately notify the Court, the student and the supervising attorney in writing stating the reasons of the withdrawal.

Digitally signed by Bayrex Martí
Date: 2022.09.06 10:40:19 -07'00'

09/06/2022

*Date* — *Signature of Dean of Law School*

Assistant Dean of Students

*Title*

Filed electronically on this 10th Day of March, 2023, with:
United States District Court CM/ECF system.

Notification sent electronically on this 10th Day of March, 2023, to:

Hon. Stanley Blumenfeld, Jr.
United States District Court
Central District of California
And All Counsel of Record as Recorded On The Electronic Service List

s/ Todd M. Friedman, Esq.
TODD M. FRIEDMAN