# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-07245-SB-AS | Date: | August 11, 2023 |
|---|---|---|---|

| Title: | *Moises Serrano v. Open Road Delivery Holdings, Inc. et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Jennifer Graciano | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Defendant(s): | Attorney(s) Present for Plaintiff(s): |
|---|---|
| Timothy Carwinski | Todd M. Friedman |

**Proceedings:**   [Minutes of] Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 48) (Held and Completed)

   Case called and appearances made. The Court heard from the parties as to the Court's tentative ruling granting the motion for preliminary approval. For the reasons set forth on the record and as provided in a separately filed order, the Court grants the motion for preliminary approval, subject to the representations made by class counsel on the record.

:19