Brian P. Cadigan (CA SBN 300833)
bcadigan@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Timothy R. Carwinski (*Admitted Pro Hac Vice*)
tcarwinski@reedsmith.com
REED SMITH LLP
10 South Wacker Drive 40th Floor
Chicago, IL 60606
Telephone: 312-207-6549
Facsimile: 312-207-6400

*Attorney for Defendant Open Road Delivery Holdings, Inc. d/b/a Amuse.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOISES SERRANO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPEN ROAD DELIVERY HOLDINGS, INC., D/B/A AMUSE, ET AL.,<br><br>Defendants. | Case No. 2:22-cv-07245-SB-AS<br><br>**DECLARATION OF ALEX BECKER IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>DATE: December 1, 2023<br>TIME: 8:30 am<br>CTRM: 6C<br><br>Compl. Served: October 25, 2022<br><br>Honorable Stanley Blumenfeld, Jr.;<br>Magistrate Judge Alka Sagar |

I, Alex Becker, declare as follows:

1. I am the former Chief Revenue Officer at Open Road Delivery Holdings, Inc., d/b/a Amuse ("Amuse"). I have personal knowledge of the matters set forth in this Declaration, and for those matters for which I do not have personal knowledge, I am informed and believe they are true. If called as a witness, I could and would competently testify to these matters.

2. I was employed with Amuse for over 3 years. While at Amuse, my job responsibilities included oversight of customer relations, products, and merchandise, as well as conducting research for litigation brought against Amuse.

3. I am familiar with Amuse's business records regarding its customer accounts, which were made with information transmitted from customers at or near the time of the occurrence by person(s) with knowledge of these matters.

4. In connection with this lawsuit, I gathered and provided Amuse's outside counsel with copies of Amuse's business records for consumer opt-out data and for data regarding text messages sent by Happy Cabbage on Amuse's behalf.

5. Specifically, with respect to opt-out data, I gathered and produced a document called "UNSUB SMS MASTER.csv." This was the file that Amuse provided Happy Cabbage at or around the time that Amuse had retained Happy Cabbage as its third-party texting vendor. The file contained Amuse's full list of all individuals who had, prior to that time, requested not to be texted.

6. With respect to texts sent by Happy Cabbage on Amuse's behalf, I contacted Happy Cabbage in April 2023 to obtain records of all text messages that it had sent. Happy Cabbage provided me that data, which was produced to Plaintiff's counsel unadulterated.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 9th day of November, 2023, in Sherman Oaks, California.

_____
Alex Becker